ESTATE of Mary MASON, Deceased, Herbert L. Harris, Administrator, and Robert Mason, Petitioners-Appellants,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent-Appellee.

No. 76–1667.

United States Court of Appeals, Sixth Circuit.

Dec. 14, 1977.

Henry A. Bornstein, Bornstein & Wishnow, Southfield, Mich., for petitioners-appellants.

Scott P. Crampton, Gilbert Andrews, Asst. Attys. Gen., Tax Div., U. S. Dept. of Justice, Washington, D. C., Meade Whitaker, Chief Counsel, Internal Revenue Service, Washington, D. C., for respondent-appellee.

ORDER

Before EDWARDS and ENGEL, Circuit Judges, and THORNTON,* Senior District Judge.

On receipt and consideration of an appeal from a Tax Court decision determining an income tax deficiency for 1966 and 1967 totaling $51,616.65, plus a negligence penalty of $2,580.83.

The judgment of the Tax Court is affirmed for the reasons set forth in the opinion of the Tax Court reported at 64 T.C. 651.

---

* Honorable Thomas P. Thornton, Senior United States District Judge for the Eastern District of Michigan, Southern Division, sitting by designation.